UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SHAKLEE U.S. HOLDINGS CORPORATION and STEPHENS & STEPHENS, LLC,<br><br>Defendants.<br><br>SHAKLEE U.S. HOLDINGS CORPORATION,<br><br>Cross-claimant,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Cross-defendant. | Case No. C-12-02274-PJH<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the complaint in this action entitled *Zurich American Insurance Company, v. Shaklee U.S. Holdings Corporation, et.al.* be and hereby is dismissed with prejudice pursuant to FRCP

1

STIPULATION OF DISMISSAL - C-12-02274-PJH

41(a)(1).

IT IS HEREBY FURTHER STIPULATED by and between the parties to this action, through their designated counsel, that the cross-claim in this action by Shaklee U.S. Holdings Corporation against Stephens & Stephens, LLC be and hereby is dismissed with prejudice.

IT IS HEREBY FURTHER STIPULATED by and between the parties to this action, through their designated counsel, that the cross-claim in this action by Shaklee U.S. Holdings Corporations against Zurich American Insurance Company be and hereby is dismissed without prejudice.

Dated: January 14, 2013

JONES TURNER, LLP

By: _____
Alan M. Jones

Attorneys for Plaintiff and Cross-Defendant,
Zurich American Insurance Company

Dated: January 14, 2013

FARELLA BRAUN + MARTEL LLP

By: _____
John D. Green, Esq.

Attorneys for Defendant and Cross-Claimant,
Shaklee U.S. Holdings Corporation

Dated: January ___, 2013

KERR & WAGSTAFFE, LLP

By: _____
Maria V. Radwick, Esq.

Attorneys for Defendant, Stephens & Stephens, LLC

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: _____, 2013

_____
The Honorable Phyllis J. Hamilton
United States District Judge

41(a)(1).

    IT IS HEREBY FURTHER STIPULATED by and between the parties to this action, through their designated counsel, that the cross-claim in this action by Shaklee U.S. Holdings Corporation against Stephens & Stephens, LLC be and hereby is dismissed with prejudice.

    IT IS HEREBY FURTHER STIPULATED by and between the parties to this action, through their designated counsel, that the cross-claim in this action by Shaklee U.S. Holdings Corporations against Zurich American Insurance Company be and hereby is dismissed without prejudice.

Dated: January ___, 2013

JONES TURNER, LLP

By: _____
    Alan M. Jones

Attorneys for Plaintiff and Cross-Defendant, Zurich American Insurance Company

Dated: January ___, 2013

FARELLA BRAUN + MARTEL LLP

By: _____
    John D. Green, Esq.

Attorneys for Defendant and Cross-Claimant, Shaklee U.S. Holdings Corporation

Dated: January 14, 2013

KERR & WAGSTAFFE, LLP

By: _____
~~Maria V. Radwick~~, Esq.
Kelly A. Corcoran

Attorneys for Defendant, Stephens & Stephens, LLC

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: January 15, 2013

The Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California*

STIPULATION OF DISMISSAL - C-12-02274-PJH