UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SHAKLEE U.S. HOLDINGS CORPORATION and STEPHENS & STEPHENS, LLC,<br><br>Defendants.<br><br>SHAKLEE U.S. HOLDINGS CORPORATION,<br><br>Cross-claimant,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Cross-defendant. | Case No. C-12-02274-PJH<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the complaint in this action entitled *Zurich American Insurance Company, v. Shaklee U.S. Holdings Corporation, et.al.* be and hereby is dismissed with prejudice pursuant to FRCP

1

1  41(a)(1).

2  IT IS HEREBY FURTHER STIPULATED by and between the parties to this action, through
3  their designated counsel, that the cross-claim in this action by Shaklee U.S. Holdings Corporation against
4  Stephens & Stephens, LLC be and hereby is dismissed with prejudice.

5  IT IS HEREBY FURTHER STIPULATED by and between the parties to this action, through
6  their designated counsel, that the cross-claim in this action by Shaklee U.S. Holdings Corporations
7  against Zurich American Insurance Company be and hereby is dismissed without prejudice.

8  Dated: January 14, 2013                    JONES TURNER, LLP

9
                                              By: _____
10                                                 Alan M. Jones

11                                            Attorneys for Plaintiff and Cross-Defendant,
                                              Zurich American Insurance Company
12

13  Dated: January 14, 2013                   FARELLA BRAUN + MARTEL LLP

14
                                              By: _____
15                                                 John D. Green, Esq.

16                                            Attorneys for Defendant and Cross-Claimant,
                                              Shaklee U.S. Holdings Corporation
17

18  Dated: January ___, 2013                  KERR & WAGSTAFFE, LLP

19
                                              By: _____
20                                                 Maria V. Radwick, Esq.

21                                            Attorneys for Defendant, Stephens &
                                              Stephens, LLC
22

23  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

24  Dated: _____, 2013
                                              _____
25                                            The Honorable Phyllis J. Hamilton
                                              United States District Judge
26

27

28

```
 1 │ 41(a)(1).
 2 │     IT IS HEREBY FURTHER STIPULATED by and between the parties to this action, through
 3 │ their designated counsel, that the cross-claim in this action by Shaklee U.S. Holdings Corporation against
 4 │ Stephens & Stephens, LLC be and hereby is dismissed with prejudice.
 5 │     IT IS HEREBY FURTHER STIPULATED by and between the parties to this action, through
 6 │ their designated counsel, that the cross-claim in this action by Shaklee U.S. Holdings Corporations
 7 │ against Zurich American Insurance Company be and hereby is dismissed without prejudice.
```

Dated: January ___, 2013                        JONES TURNER, LLP

                                                By: _____
                                                    Alan M. Jones

                                                Attorneys for Plaintiff and Cross-Defendant,
                                                Zurich American Insurance Company

Dated: January ___, 2013                        FARELLA BRAUN + MARTEL LLP

                                                By: _____
                                                    John D. Green, Esq.

                                                Attorneys for Defendant and Cross-Claimant,
                                                Shaklee U.S. Holdings Corporation

Dated: January 14, 2013                         KERR & WAGSTAFFE, LLP

                                                By: /s/ Kelly A. Corcoran
                                                    Maria V. Radwick, Esq.
                                                    Kelly A. Corcoran
                                                Attorneys for Defendant, Stephens &
                                                Stephens, LLC

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: January 15, 2013

                                                The Honorable Phyllis J. Hamilton
                                                United States District Judge

                                                [IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California seal]